SEALED

1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD A. PICKLES
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2766
Facsimile: (916) 554-2900

**FILED**

OCT 23 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:12 - SW - 0694 - DAD

Silver colored 2004 Acura SUV, ) CASE NO. 2:12-SW-
bearing California license plate )
#6ASX243, VIN: 2HNYD18934H554306 )
) ORDER RE: REQUEST TO SEAL
) DOCUMENTS
)
)
) **UNDER SEAL**
)
)
)
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT the search warrant and search warrant affidavit, and this order in the above-captioned proceeding be filed in camera and under seal and not be disclosed to any person unless otherwise ordered by this Court.

IT IS SO ORDERED.

Date: October 23, 2012

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1