

1   BENJAMIN B. WAGNER
    United States Attorney
2   TODD A.PICKLES
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

**FILED**

APR 0 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

    IN THE MATTER OF THE SEARCH OF              CASE NO.    2:12-SW-694 DAD
11  SILVER-COLORED 2004 ACURA SUV,
    BEARING CALIFORNIA LICENSE PLATE           **REQUEST TO UNSEAL AND [PROPOSED]**
12  #6ASX243, VIN: 2HNYD189H554306              **ORDER**

13

14                          **REQUEST TO UNSEAL**

15          The Court has sealed the application for search warrant, affidavit in support, and search warrant

16  in the above-captioned matter. The Grand Jury has returned indictments in *United States v. Velardes-*

17  *Zazueta, et al.*, 2:13-cr-227 GEB, and six related cases as part of a Title III investigation. The vehicle

18  subject to the above-captioned search was involved in the investigation. To date, most of the defendants

19  in those cases have been apprehended, arraigned, and judicial process has begun. Therefore, the United

20  States requests that the above-referenced matter be unsealed and that the United States be permitted to

21  provide copies to the defendants through their counsel.

22                                          Respectfully submitted,

23  Dated: April 3, 2014                     BENJAMIN B. WAGNER
                                             United States Attorney
24

25                                      By: _____
                                            TODD A.PICKLES
26                                          Assistant United States Attorney

27

28

    REQUEST TO UNSEAL AN D PROPOSED ORDER              1

1    **[PROPOSED] ORDER**

2          The Court hereby orders that the application for search warrant, including affidavit, and warrant

3    as well as the sealing orders in the above-referenced matter shall be unsealed and made part of the public

4    record.

5    Dated:   4-3-2014

6

7                                        Honorable Edmund F. Brennan
                                         United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28